Chester L. KRAUSE, Appellant,

v.

KRAUSE PUBLICATIONS, INC., Appellee.

No. 2007–1364.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2007.

John A. Clifford, Merchant & Gould P.C., of Minneapolis, Minnesota, argued for appellant. With him on the brief was Gregory C. Golla.

Brian G. Gilpin, Godfrey & Kahn, S.C., of Milwaukee, Wisconsin, argued for appellee. With him on the brief was Kristi J. Hinner.

Before BRYSON, Circuit Judge, CLEVENGER, Senior Circuit Judge, and LINN, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R.36